UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

Case No. 0:13-CV-60199

ALEX MORALES, on Behalf of Himself and  )
All Others Similarly Situated,          )
                                        )
                    Plaintiff,          )
        vs.                             )   CLASS ACTION
                                        )
PROGRESSIVE CASUALTY INSURANCE          )
COMPANY,                                )
                                        )
                    Defendant.          )

**PLAINTIFF'S NOTICE OF FILING OMITTED EXHIBIT A TO PLAINTIFF'S MOTION TO AMEND COMPLAINT AND MEMORANDUM OF LAW IN SUPPORT**

Plaintiff Alex Morales ("Plaintiff") files this Notice of Filing Omitted Exhibit A to Plaintiff's Motion to Amend Complaint and Memorandum of Law in Support (DE 25), which was omitted during the filing process.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 24, 2013, I filed the foregoing with the Court's CM/ECF System, which will send a notice of filing to all registered users.

                                        */s/ Adam D. Warden*
                                        Adam Warden

1