UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 13-60199-CIV-SCOLA/OTAZO-REYES

ALEX MORALES,

    Plaintiff,

v.

PROGRESSIVE CASUALTY
INSURANCE COMPANY,

    Defendant.

_____/

**ORDER**

THIS CAUSE came before the Court upon Plaintiff Alex Morales' ("Plaintiff") Sealed Motion to Strike Defendant's Declaration and Testimony of Christopher M. James, Ph.D (hereafter, "Sealed Motion to Strike") [D.E. 126] and Sealed Motion for Sanctions [D.E. 130]. These matters were referred to the undersigned pursuant to 28 U.S.C. § 636 by the Honorable Robert N. Scola, Jr., United States District Judge [D.E. 147]. Upon due consideration, it is

ORDERED AND ADJUDGED that the Sealed Motion to Strike [D.E. 126] is DENIED AS MOOT given the issuance of a ruling regarding the Motion for Class Certification [D.E. 149]. It is further

ORDERED AND ADJUDGED that an Evidentiary Hearing on the Sealed Motion for Sanctions [D.E. 130] is hereby SET for **Tuesday, January 6, 2015 at 2:00 P.M. at the United States District Court, 301 North Miami Ave., Miami, Florida, Tenth Floor.**

DONE AND ORDERED in Chambers at Miami, Florida, this 26th day of November, 2014.

*[signature]*
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc: United States District Judge Robert N. Scola, Jr.
    Counsel of Record