IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

| | |
|---|---|
| ALEX MORALES, on Behalf of Himself and All Others Similarly Situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| PROGRESSIVE CASUALTY INSURANCE COMPANY, | ) ) ) ) |
| Defendant. | ) ) |

Case No. 0:13-cv-60199

## **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff Alex Morales and Defendant Progressive Casualty Insurance Company, by and through their undersigned counsel of record, hereby STIPULATE and AGREE, pursuant to and in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this action is hereby DISMISSED WITH PREJUDICE, with each party to bear its own costs and attorneys' fees.

The Parties further stipulate that all pending motions and requests for relief of any kind are hereby immediately WITHDRAWN.  Plaintiff expressly withdraws his September 15, 2014 Motion for Sanctions (Doc. No. 130), and Progressive expressly withdraws its request for fees and costs sought in its Opposition to Plaintiff's Motion for Sanctions (Doc. No. 134).

So STIPULATED and AGREED this **23rd** day of December, 2014.

**[Signatures on Following Page]**

Case No. 0:13-cv-60199

**BALKAN & PATTERSON, LLP**
Adam M. Balkan (FL Bar No.: 0044880)
John B. Patterson (FL Bar No.: 023930)

____/s/ Adam M. Balkan_____
ADAM M. BALKAN
1877 S. Federal Highway, Suite 100
Boca Raton, FL 33431
Telephone: (561) 750-9191
Facsimile: (561) 750-1574
adam@balkanpatterson.com
john@balkanpatterson.com
paris@balkanpatterson.com

**SAXENA WHITE P.A.**
Jonathan M. Stein (FL Bar No.: 009784)
Adam Warden (FL Bar No.: 0873691)
Boca Center
5200 Town Center Circle, Suite 601
Boca Raton, Florida  33431
Telephone:  (561) 394-3399
Facsimile:  (561) 394-3382
jstein@saxenawhite.com
awarden@saxenawhite.com

**LAW OFFICES OF SLOOTSKY, PEREZ & BRAXTON**
Jeffrey M. Braxton (FL Bar No.: 151963)
2950 W. Cypress Creek Rd., Suite 300
Fort Lauderdale, FL  33309
Telephone: (954) 764-7377
Facsimile: (954) 764-1545
jeffreybraxton@slootskylaw.com

Attorneys for Plaintiff Alex Morales

**SEIPP, FLICK & HOSLEY, LLP**
Donald A. Blackwell (FL Bar No.: 370967)

__/s/ Donald A. Blackwell_____
DONALD  S. BLACKWELL
Two Alhambra Plaza, Suite 800
Miami, FL 33134
Telephone: (305) 995-5600
Facsimile: (305) 995-6090
DBlackwell@seippflick.com

**KING & SPALDING LLP**
Jeffrey S. Cashdan (*pro hac vice*)
Zachary A. McEntyre (*pro hac vice*)
1180 Peachtree St., NE
Atlanta, GA 30309-3521
Telephone: (404) 572-4600
Facsimile: (404) 572-5100
JCashdan@KSLAW.com
ZMcEntyre@KSLAW.com

Attorneys for Defendant Progressive Casualty Insurance Company

2