United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Alex Morales, Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 13-60199-Civ-Scola |
| ) | |
| Progressive Casualty Insurance ) | |
| Company, Defendant ) | |

## Order Of Dismissal

     The parties have dismissed this case with prejudice in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Joint Stip. For Dismissal With Prejudice, ECF No. 151). The Court directs the Clerk to **close** this case. All pending motions are **denied** as moot.

     **Done and ordered** in chambers, at Miami, Florida, on December 29, 2014.

_____
Robert N. Scola, Jr.
United States District Judge